# EXHIBIT A



Richard D. Lyons, Esq.
Trial Attorney
rlyons@kellylyonslaw.com
480.867.3414

## NOTICE OF CLAIM

### Pursuant to A.R.S. § 12-821.01

**Sent via First Class Mail,
Certified Mail (Return Receipt Requested)
and Personal Service**

October 21, 2024

Officer Brian Sutton
c/o Prescott Police Department
222 South Marina Street
Prescott, AZ 86303

Prescott Police Department
222 South Marina Street
Prescott, AZ 86303

Prescott City Clerk
City Clerk's Office
201 North Montezuma Street Suite 201
Prescott, AZ 86303

**Re:  The Intentional Killing of Daniel Leslie on June 8, 2024, by Prescott City Police Officer Brian Sutton.**

Officer Sutton, and To Whom It May Concern:

We represent Wendy Leslie, the mother of decedent Daniel Leslie.

**The Facts**

On June 8, 2024, under color of state law, Prescott Police Officer Brian Sutton shot and killed 34-year-old Daniel because he refused to engage in a conversation.[1]  A former girlfriend alleged that Daniel made threats against her, and—presumably—the Prescott Police Department wanted Daniel's side of the story.  Two officers traveled to Daniel's home.  Daniel was in the front yard. Officer Sutton attempted to ask Daniel questions.  Daniel refused, as is his right under the Fifth Amendment to the United States Constitution.  Walking calmly from his yard and into his driveway, Daniel stated, "I've committed no crime."  He then turned to the side and started to walk into his home, visibly unarmed and not a threat to anybody.

For Daniel exercising his constitutional right not to talk to the police, Prescott Police Officer Brian Sutton imposed a death sentence.

Pursuant to *Tennessee v. Garner*, 471 U.S. 1 (1985), a police officer may use deadly force on a fleeing suspect only if the officer has probable cause to believe that suspect poses an imminent threat of death or serious bodily injury to the officer or others."  The bodycam footage[2] played by local media makes clear that Prescott Police Officer Sutton knew Daniel had no weapon, as there was no command for Daniel to drop anything.  The only statements the Officer made prior to shooting and killing Daniel were demands to talk, an order to step away from a car (which Daniel did), and then a final warning that Daniel would be shot which the officer issued at the same time as the Officer started shooting at Daniel.  The resulting investigation showed that Daniel was not armed and posed no threat to anyone.  A more obviously unlawful and unconstitutional killing of an unarmed citizen by a police officer is difficult to imagine.

### Wendy's State Law Claims

Wendy has claims and relief under Arizona law against the Prescott Police Department, and the City of Prescott, for negligence, gross negligence, negligent training and supervision, and wrongful death.

Wendy was blessed with four sons but two of them died more than a decade ago—one in a motorcycle accident, and the other to suicide.  Daniel is Wendy's *third* lost son.  The fact that he was shot and killed by a police officer, while he was doing nothing wrong whatsoever, compounds this tragedy.

Wendy loved Daniel dearly.  Though Daniel was an adult, they still lived together and were part of each other's daily lives.  They were as close as a son and mother could be, and Wendy is left heartbroken.  Wendy is entitled to damages for the loss of love, care and companionship by this unconstitutional killing. The City of Prescott is vicariously liable on these state law tort claims against Officer Sutton.

Officer Sutton is also liable to Wendy for punitive damages.

---

[1] This notice of claim is based on the facts the family has been able to gather to date.  The Arizona Department of Public Safety, which is leading the investigation into this homicide, has not yet provided the police report.  The family only has the autopsy and bodycam footage released to local media.

[2] The news report that plays part of the bodycam can be found here:
https://www.azfamily.com/2024/10/17/dps-suspect-was-unarmed-when-shot-killed-by-prescott-officer/

### The Leslie Family's Constitutional Rights Have Been Violated

### The 4th Amendment

Officer Sutton, the Prescott Police Department and the City of Prescott violated Daniel's Fourth Amendment right against unreasonable seizure of his person, and specifically for using excessive force. *See*, 42 U.S.C. §§ 1983, 1988. Daniel was not charged with any prior crime; he merely refused to talk to a police officer as was his right, and he turned away to walk into his home. Any use of force—let alone the force sufficient to kill—was excessive.

These violations of Daniel's 4th Amendment rights entitle his estate and family to punitive damages pursuant to 42 A.R.S. § 1983. "[A] jury may award punitive damages … either when a defendant's conduct was driven by evil motive or intent, or when it involved a reckless or callous indifference to the constitutional rights of others." *Morgan v. Woessner*, 997 F.2d 1244, 1255 (9th Cir. 1993). The facts described above and readily available for all to see on bodycam certainly constitute a reckless disregard for Daniel's rights.

### The 14th Amendment

Officer Sutton the Prescott Police Department, and the City of Prescott also violated Wendy's and Daniel's 14th Amendment rights. Parents and children possess a constitutionally protected liberty interest in companionship and society with each other. *Smith v. City of Fontana*, 818 F.2d 1411 (9th Cir. 1987). Shooting and killing Daniel with no reasonable justification or suspicion has cost Wendy a lifetime of companionship and society with the son she loved so much. Punitive damages are also appropriate.

### Sum Certain Demand

Pursuant to A.R.S. § 12-821.01, Wendy will release all claims against the persons and entities in this Notice in exchange for Twenty Million Dollars ($20,000,000.00)

Very truly yours,

*/s/ Richard Lyons*

Richard D. Lyons, Esq.
*For the firm*

cc: Wendy Leslie