# UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Wendy Leslie , ;** | **Defendant**(s): **City of Prescott , ; Officer Brian Sutton , ; Jane Doe Sutton , ;** |
| County of Residence: Yavapai | County of Residence: Yavapai |
| County Where Claim For Relief Arose: Yavapai | |

Plaintiff's Atty(s):

**Richard D. Lyons , attorney**
Kelly & Lyons, PLLC
5020 E. Shea Blvd., Ste. 150
Scottsdale, Arizona  85254
4808673410

**Jason M. Kelly , attorney**
Kelly & Lyons, PLLC
5020 E. Shea Blvd., Ste. 150
Scottsdale, Arizona  85254
4808673410

**Anoop Bhatheja , attorney**
Kelly & Lyons, PLLC
5020 E. Shea Blvd., Ste. 150
Scottsdale, Arizona  85254
4808673410

Defendant's Atty(s):

,

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

II. Basis of Jurisdiction:  **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties**(Diversity Cases Only)**

Plaintiff:-  **N/A**

Defendant:-  **N/A**

IV. Origin :  **1. Original Proceeding**
V. Nature of Suit:  **440 Other Civil Rights**

VI.Cause of Action:  **42 U.S.C 1983, 4th and 14th Amendment. Wrongful death, unreasonable use of force and loss of family relationship.**

VII. Requested in Complaint

Class Action:  **No**

Dollar Demand:

Jury Demand: **Yes**

---

VIII. This case **is not related** to another case.

**Signature:** Richard D. Lyons

**Date:** 05/15/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014