**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Wendy Leslie, | No. CV-25-08102-PCT-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| City of Prescott, et al., | |
| Defendants. | |

Having considered the Third Joint Status Report (Doc. 26),

**IT IS ORDERED** vacating the Status Conference set for May 27, 2026, at 2:00 p.m.

**IT IS FURTHER ORDERED** setting a Status Conference for **Tuesday, June 23, 2026**, at **2:30 p.m.** in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi.

**IT IS FINALLY ORDERED** that the parties must file a Joint Status Report no later than **June 18, 2026**.

Dated this 26th day of May, 2026.

Michael T. Liburdi
United States District Judge