Craig A. Knapp, Esq. (SBN 013580)
David S. Friedman, Esq. (SBN 029943)
Timothy J. Ryan, Esq. (SBN 011783)
**KNAPP & ROBERTS, P.C.**
8777 North Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258
(480) 991-7677
Attorney e-mail:    knapp@krattorneys.com
                    friedman@krattorneys.com
                    ryan@krattorneys.com
*Attorneys for Estate of Daniel Trapper Leslie and*
*Wrongful Death Statutory Beneficiary Brandy Leslie*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Leslie, on her own behalf; on behalf of the statutory beneficiaries of Daniel Leslie; and on behalf of the Estate of Daniel Leslie;<br><br>Plaintiff,<br><br>v.<br><br>Officer Brian Sutton and Jane Doe Sutton, husband and wife; Does I-X; Roe Entities I-X,<br><br>Defendants. | No. 3:25-cv-08102-MTL<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to the Hon. Michael T. Liburdi) |

Timothy J. Ryan, Esq. with Knapp & Roberts, P.C. hereby enters his appearance for Plaintiff Estate of Daniel Trapper Leslie and Wrongful Death Statutory Beneficiary Brandy Leslie in the above-captioned case.

/ / /

/ / /

1

DATED this 12th day of June, 2026.

**KNAPP & ROBERTS, P.C.**

By:  */s/ Timothy Ryan*
Craig A. Knapp
David S. Friedman
Timothy J. Ryan
*Attorneys for Plaintiffs Brandy Leslie and the Estate of Daniel Trapper Leslie*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and e-mailed a copy to:

Larry Crown
Elan Mizrahi
BRUECKNER SPITLER SHELTS PLC
8355 E. Hartford Dr., Suite 200
Scottsdale, ASZ 85255
lcrown@bss.law
elan@bss.law
*Attorney for Defendants Sutton*

Jason M. Kelly
Richard D. Lyons
Anoop Bhatheja
KELLY & LYONS, PLLC
5020 E. Shea Boulevard, Ste. 150
Scottsdale, AZ 85254
jkelly@kellylyonslaw.com
rlyons@kellylyonslaw.com
abhatheja@kellylyonslaw.com
*Attorneys for Plaintiff Wendy Leslie*

By: */s/ David Friedman*